UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROBERT CAMPBELL,

        Plaintiff,         Case No. 1:15-cv-1055

v.         Honorable Paul L. Maloney

MICHIGAN REFORMATORY,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   December 22, 2015        /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge